Paul SATTERFIELD, Appellant

v.

PA DEPT. OF CORRECTIONS and John E. Wetzel, Appellees.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

### ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2012, the order of the Commonwealth Court is hereby AFFIRMED.